LYNCH, Respondent, v. RICHMOND LIGHT & R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. April

7, 1911.) Action by Cornelius J. Lynch against the Richmond Light & Railroad Company.

PER CURIAM. Judgment of the Municipal Court affirmed, with costs.

BURR, J., dissents.